IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01857-BNB

RICHARD A. HERNANDEZ,

    Applicant,

v.

STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 20 2007

GREGORY C. LANGHAM
                  CLERK

---

### ORDER TO TRANSFER ACTION TO COURT OF APPEALS

---

Applicant, Richard A. Hernandez, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Hernandez filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

The Court must construe the habeas corpus application liberally because Mr. Hernandez is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the habeas corpus application will be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

Mr. Hernandez previously sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. **See Hernandez v. Zavaras**, No. 95-cv-02816-LTB-RMB (D. Colo.

Mar. 12, 1996). In No. 95-cv-02816-LTB-RMB, Mr. Hernandez challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in 95-cv-02816-LTB-RMB was denied and the action dismissed because Mr. Hernandez had procedurally defaulted his claims and because the claims were meritless. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3) (2006), Mr. Hernandez must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Hernandez alleges that he has not obtained the necessary authorization from the Tenth Circuit. *See* application at 7, ¶ 3. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of the Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the motion for appointment of counsel filed on September 5, 2007, is denied as premature.

DATED at Denver, Colorado, this 19 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01857-BNB

Richard A. Hernandez
Prisoner No. 42889
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-20-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk